IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| **CENTRAL LABORERS' PENSION,** **WELFARE AND ANNUITY FUNDS**, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) NO. 06-359-WDS ) |
| **JM REAGAN CONCRETE** **CONTRACTORS, INC.** and **JIM REAGAN**, individually | ) ) ) ) ) |
| Defendants. | ) |

## ORDER

The Court GRANTS plaintiffs' Motion for Default Judgment, and IT IS FURTHER ORDERED, ADJUDGED AND DECREED:

1. That plaintiffs recover from defendants, **JM Reagan Concrete Contractors, Inc.** and **Jim Reagan**, individually, the sum of Eighty five thousand eight hundred thirteen dollars and three cents ($85,813.03) for delinquent contributions owed by defendant to plaintiff.

2. That plaintiffs recover from defendants, **JM Reagan Concrete Contractors, Inc.** and **Jim Reagan**, individually, the sum of Eight thousand six hundred eighty seven dollars and sixty cents ($8,687.60) for liquidated damages.

3. That plaintiffs recover from defendants, **JM Reagan Concrete Contractors, Inc.** and **Jim Reagan**, individually, the costs of these proceedings to include the sum of One thousand five hundred thirty nine dollars and fifty one cents ($1,539.51) for the plaintiffs' just and reasonable attorneys' fees, costs and expenses.

4. That plaintiff recovers from defendants, **JM Reagan Concrete Contractors, Inc.** and **Jim Reagan**, individually, the sum of Three thousand two hundred twenty seven dollars and fifty cents ($3,227.50) for the cost of the audit.

   5. That plaintiffs are awarded execution for the collection of the judgments and costs granted hereunder.

   6. Defendant is hereby ordered to turn over its payroll records and books to plaintiffs so that an audit can be conducted to verify any additional amounts currently unknown and due and owing.

   7 That the Court hereby retains jurisdiction of this cause and all the parties hereto for the purpose of enforcing this Order.

   DATED: October 2, 2006

              s/*WILLIAM D. STIEHL*
              United States District Court Judge